UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM SMITH,

                Plaintiff,

                            CIVIL CASE NO. 06-11738

v.

WILLIAM SMITH, JR.,                  HONORABLE PAUL V. GADOLA
                                                    U.S. DISTRICT COURT
                Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of the Honorable Paul J. Komives, United States Magistrate Judge. The Magistrate Judge recommends that this Court dismiss Plaintiff's complaint without prejudice pursuant to Federal Rule of Civil Procedure 8(a)(2) and 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief can be granted. The Magistrate Judge served the Report and Recommendation on all parties on November 8, 2006 and notified the parties that any objections must be filed within ten days of service. Accordingly, any objections should have been filed by approximately November 27, 2006. Neither party filed objections to the Report and Recommendation.

The Court's standard of review for a Magistrate Judge's Report and Recommendation depends upon whether a party files objections. If a party does not object to the Report and Recommendation, the Court does not need to conduct a review by any standard. *See Lardie v. Birkett*, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) (Gadola, J.). As the Supreme Court observed, "[i]t does not appear that Congress intended to require district court review of a magistrate's factual

or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Since neither party has filed objections to the Report and Recommendation, the Court need not conduct a review.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Report and Recommendation [docket entry 8] is **ACCEPTED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 8(a)(2) and 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

**SO ORDERED.**

Dated:   December 5, 2006                                s/Paul V. Gadola
                                                         HONORABLE PAUL V. GADOLA
                                                         UNITED STATES DISTRICT JUDGE

---

Certificate of Service

I hereby certify that on  December 5, 2006  , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

_____,
and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:  _____William Smith_____.

                                                         s/Ruth A. Brissaud
                                                         Ruth A. Brissaud, Case Manager
                                                         (810) 341-7845